```
                     United States Bankruptcy Court
                     Middle District of Pennsylvania
```

```
In re:                                                  Case No. 14-02878-JJT
Miguel A. Perez                                         Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: CGambini        Page 1 of 1        Date Rcvd: May 22, 2017
                            Form ID: pdf010       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db            +Miguel A. Perez,    4634 Pine Ridge Drive West,    Bushkill, PA 18324-8428
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)  dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          Vern S. Lazaroff   on behalf of Debtor Miguel A. Perez pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
----------------------------------------------x
IN RE:
MIGUEL A. PEREZ                                                    CHAPTER 13

        **Debtor**                                                    NO. 14-02878
----------------------------------------------x

### ORDER CONVERTING DEBTOR'S CHAPTER 13 CASE TO A CHAPTER 7 CASE

A Motion to Convert Debtor's Chapter 13 Case to a Chapter 7 Case having been filed on

May 19, 2017 and the Court having approved of said request;

**IT IS ORDERED THAT**:

The Debtor's Chapter 13 Bankruptcy Case is hereby converted to a Chapter 7 Bankruptcy

Case.


Dated: May 22, 2017


By the Court,


John J. Thomas, Bankruptcy Judge
(RPR)