```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02878-JJT
Miguel A. Perez                                                 Chapter 7
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: CGambini           Page 1 of 1          Date Rcvd: Jul 13, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db             +Miguel A. Perez,    4634 Pine Ridge Drive West,    Bushkill, PA 18324-8428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor Miguel A. Perez pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MIGUEL A. PEREZ | : | |
|       DEBTOR | : | CASE NO. 5:14-bk-02878-JJT |
| | : | |
| MIGUEL A. PEREZ | : | |
|       Movant | : | |
|   Vs. | : | |
| | : | |
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE | : | |
|       Respondent | : | |

**ORDER**

Upon consideration of the Limited Objection of the United States Trustee to Debtor's Motion to Approve Examination of Debtor Via Power of Attorney, IT IS HEREBY ORDERED THAT:

The Motion to Approve Examination of Debtor Via Power of Attorney filed by Debtor on July 12, 2017 is hereby denied, without prejudice, and Debtor should comply with Local Rule 2003-1.

Dated: July 12, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(CMS)